UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SAMUEL J. SMOLEN, Jr.,

                Plaintiff,        **ORDER**

v.

                                   7:16-CV-02417 (PMH)

C.O. M. WESLEY, et al.,

                Defendants.
----------------------------------------------------------X

       The Court is in receipt of Plaintiff's letter dated May 1, 2020. (Doc. 115). Plaintiff's request for an extension of time to amend his complaint is denied without prejudice for renewal at a later stage. Plaintiff is reminded that on September 25, 2019, the Court granted in part and denied in part Defendants' motion to dismiss. (Doc. 107). Subsequently, on January 22, 2020, the Defendants facing claims, answered Plaintiff's Amended Complaint. (Doc. 112).

       An Initial Case Management Conference is scheduled for May 29, 2020 at 11:00 a.m. At the time of the scheduled conference, counsel and unrepresented parties shall call the following number: (888) 398-2342; access code 3456831. Defendants are instructed to mail a copy of this Order to Plaintiff and provide proof of service on the docket.

Dated:  New York, New York
          May 5, 2020

                                            **SO ORDERED:**

                                            _____
                                            Philip M. Halpern
                                            United States District Judge