

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

**Via ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

> Application granted. The Initial Case Management and Scheduling Conference is adjourned until June 2, 2020 at 9:00 a.m. Defendants are instructed to mail a copy of this Order to Plaintiff. The Clerk is instructed to terminate ECF No. 119.
>
> **SO ORDERED.**
>
> Dated: New York, NY
> May 18, 2020
>
> _____
> Philip M. Halpern

RE: Smolen, Jr. v. Wesley, 16 Civ. 2417 (PMH)

Dear Judge Halpern:

      This Office represents Defendants Wesley, Stevens, Lampon, Connelly, Pollic, Pressley, and Cabral in the above captioned pro se matter.[1] We write, with Plaintiff's consent, to respectfully request that the time of the Initial Case Management and Scheduling Conference scheduled for May 29, 2020 at 11:00 a.m., (Dkt. No. 113), be rescheduled to another date and time convenient for the Court. Plaintiff has asked us to pass on his respectful request that, if the Court is available, the conference be held at 9:00 a.m. on May 29, 2020, or at 9:00 a.m. on any date during the week of June 1, 2020.

      The grounds for this request are that I have a previously scheduled status conference before Magistrate Judge Paul E. Davison at 10:30 a.m. on May 29, 2020 in the case Miller v. Annucci, No. 17 Civ. 4698 (KMK)(PED), and I do not expect that conference to be completed by 11. This is the first request for an adjournment of the Initial Case Management and Scheduling Conference.

                                                Respectfully Submitted,
                                                /s/
                                             Julinda Dawkins
                                             Assistant Attorney General

Cc: Samuel Smolen, DIN 85-A-4082
       Sullivan Correctional Facility
       (via First Class Mail)

---

[1] Defendants Hudson Valley Paramedics, EMT Scharfenberg, and EMT Dunn are not employed by the State of New York and are not represented by this Office. Defendant Hobson has not requested representation from this Office and on information and belief, he has not been properly served. (See Dkt. No. 81) (summons returned unexecuted). Defendants Dapcevic, Arnold, Nurse Salmela, Huttel, Veninero, Malark, O'Connor, Pollic, Levine, Lee, Walker, Snedeker, Nurse Bowden, Burnett, Todd, Miller, Holland, Prack, Gaglioti, Velazquez, Colton, Stanaway, and Forman were dismissed from this case by order dated September 25, 2019. (Dkt. No. 107).

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov