UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SAMUEL J. SMOLEN, JR,

                                          16-CV-2417 (PMH)

           Plaintiff,                    **[PROPOSED] ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      -Against-

C.O. M. WESLEY, et al,

           Defendants.
----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Samuel Smolen, DIN 85-A-4082 by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:  New York, NY
              January 25, 2021

                                                  SO ORDERED

                                                  _____
                                                  Hon. Philip M. Halpern
                                                  United States District Judge