UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL J. SMOLEN, JR.,

                              Plaintiff,

v.                                                                                **ORDER**

WESLEY, et al.,                                              16-cv-02417 (PMH)

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for defendants and plaintiff *pro se* appeared today at 10:00 a.m. by telephone for a case management conference. By July 19, 2021, defendants' counsel is directed to (1) serve copies of the pleadings, Local Rule 33.2 disclosures, document requests, and interrogatories on plaintiff; and (2) provide plaintiff with the most recent available addresses for defendants Donald Hobson and Empire State Ambulance. Defendants' counsel is further directed to file (1) an affidavit of service listing the items that she served on plaintiff; and (2) a letter containing the most recent available addresses for defendants Donald Hobson and Empire State Ambulance. Plaintiff is directed to respond to defendants' document requests and interrogatories by September 13, 2021. No further adjournments of the discovery deadlines will be granted. The next case management conference is scheduled for October 13, 2021 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.

      The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       July 15, 2021

                                                        _____
                                                        Philip M. Halpern
                                                       United States District Judge