UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL J. SMOLEN, JR.,

                Plaintiff,

v.                                                                  **ORDER**

WESLEY, et al.,                                     16-cv-02417 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for defendants and plaintiff *pro se* appeared today at 10:00 a.m. by telephone for a status conference. By 5:00 p.m. on October 22, 2021, Defendants' counsel is directed to file a letter notifying the Court whether she has received Plaintiff's responses to Defendants' document requests and interrogatories. By October 27, 2022, Defendants' counsel is directed to respond to Plaintiff's request at the conference to be referred to the Magistrate Judge for all purposes. The parties are directed to meet and confer to discuss the completion of a proposed Joint Pretrial Order in compliance with this Court's Individual Practice Rule 6.A. By January 17, 2022, Defendants are directed to file the proposed Joint Pretrial Order. The parties are further directed to meet and confer to discuss the completion of the remaining pretrial materials in accordance with this Court's Individual Practice Rule 6.B. The parties are directed to file such pretrial materials by March 1, 2022.

      The Clerk of the Court is requested to (1) mail a copy of this Order to plaintiff; and (2) terminate Gregory Scharfenberg and Heather Dunn as defendants in this case.

SO-ORDERED:

Dated: White Plains, New York
       October 13, 2021

                                                                 _____
                                                                  Philip M. Halpern
                                                                  United States District Judge