

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

WRITER'S DIRECT

> Application granted. The parties are directed to meet and confer to discuss the completion of a proposed Joint Pretrial Order in compliance with this Court's Individual Practices Rule 6.A. Defendants are directed to file a proposed Joint Pretrial Order by February 18, 2022.
>
> Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 145.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 12, 2022

**By ECF**
Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr.
 Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: <u>Smolen, Jr. v. Wesley</u>, 16 Civ. 2417 (PMH)

Dear Judge Halpern:

This Office represents Defendants Wesley, Stevens, Lampon, Connelly, Pollic, Pressley, and Cabral ("Defendants") in the above-captioned case. On January 11, 2022, the undersigned met and conferred with Plaintiff, and we have been informed by Plaintiff that he is scheduled to undergo prostate surgery this week and will need time to recover.

Therefore, we write, with Plaintiff's consent, to respectfully request an extension of time to submit a proposed Joint Pretrial Order, as set forth in the Court's October 13, 2021 Order (ECF No. 141), from January 17, 2022 to **February 18, 2022**.

This is the first request for an extension of the deadline for the submission of the proposed Joint Pretrial Order.

Respectfully Submitted,
/s/
Julinda Dawkins
Assistant Attorney General
Julinda.Dawkins@ag.ny.gov

cc: Samuel Smolen, DIN 85-A-4082
 Wende Correctional Facility (<u>via</u> mail)