## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

> Application granted.
>
> The conference scheduled for July 12, 2022 is adjourned. The conference shall proceed in person at 10:30 a.m. on July 14, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 179.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           July 7, 2022

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant, Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601

   Re:  *Smolen v. Wesley*, No. 7:16-cv-02417 (S.D.N.Y.)

Dear Judge Halpern:

   We serve as *pro bono* counsel for Plaintiff Samuel J. Smolen, Jr., in the above-captioned case.

   On July 6, 2022, the Court ordered the parties to appear for an in-person conference on July 12, 2022 to select an immediate trial date.  *See* Dkt. 178.  Unfortunately, lead trial counsel for Plaintiff has previously-scheduled depositions on July 12 and 13, 2022.  In light of this scheduling conflict, Plaintiff's counsel respectfully requests that the July 12, 2022 conference be adjourned and that the Court reschedule the conference for a date convenient for the Court between July 14 and 21, 2022, or between July 25 and August 5, 2022.

   We thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  *S/ William E. O'Neil*

                                                  William E. O'Neil