**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

By CM/ECF

September 8, 2022

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  *Smolen v. Wesley*, No. 7:16-cv-02417-PMH (S.D.N.Y.)

Dear Judge Halpern:

We represent the Plaintiff, Samuel J. Smolen, Jr. ("Plaintiff"), in the above-captioned action. We write to respectfully request that Your Honor endorse the attached Order for Writ of Habeas Corpus Ad Testificandum ("Order") to allow Plaintiff to attend trial in this matter, which is scheduled to begin on October 17, 2022.

Plaintiff is presently detained at the Secure Treatment and Rehabilitation Center – Oakview in Marcy, New York. Plaintiff's current facility is a four-hour drive from the U.S. Courthouse in White Plains, New York. This distance makes it impractical for Plaintiff to remain at his current facility and to attend trial each day. The distance also makes it difficult for Plaintiff to meet with his counsel, who are based in New York City, to prepare for trial.

To alleviate these practical difficulties, we respectfully request that Your Honor endorse the attached Order permitting Plaintiff (1) to be transferred to Sing Sing Correctional Facility approximately two (2) weeks before trial to facilitate trial preparation; and (2) to attend trial in Your Honor's courtroom, beginning on October 17, 2022. Upon the completion of trial, Plaintiff would be returned to the Secure Treatment and Rehabilitation Center – Oakview, in Marcy, New York.

Plaintiff thanks the Court for its consideration of this request.

Respectfully submitted,

*S/ William E. O'Neil*
William E. O'Neil

cc:   All counsel of record (by CM/ECF)