UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL J. SMOLEN, JR.,

                    Plaintiff,                    16-cv-2417 (PMH)

    -against-                        **JUDGMENT**

C.O. M. WESLEY, C.O. W. STEVENS,
C.O. C. LAMPON,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

**DATED:** White Plains, New York
             October 19, 2022

**RUBY J. KRAJICK**
Clerk of Court

**So Ordered:**

_____      BY:  K. Mango
U.S.D.J.                                                                **Deputy Clerk**